E-FILED
Friday, 04 November, 2011  02:48:30 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| OAK LEAF OUTDOORS, INC., an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | No. 1:11-cv-01175-MMM-JAG |
| DOUBLE DRAGON INTERNATIONAL, INC., an Iowa corporation, d/b/a DDI, INC., | ) ) ) | |
| Defendant. | ) ) | |

### CERTIFICATION OF COUNSEL

NOW COMES the Plaintiff, OAK LEAF OUTDOORS, INC., an Illinois corporation, by Timothy J. Cassidy, of the law office of CASSIDY & MUELLER, and hereby states that a copy of the following:

### PLAINTIFF'S ANSWERS AND OBJECTIONS TO AMENDED THIRD SET OF INTERROGATORIES, REQUESTS FOR ADMISSION AND FOURTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

were served upon the attorneys of record of all parties to the above causes by email and enclosing the same in an envelope addressed to such attorneys at their business address as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office Box in Peoria, Illinois, on the 4th day of November, 2011.

By:    s/ Timothy J. Cassidy
         CASSIDY & MUELLER
         Timothy J. Cassidy

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2011, I electronically filed the foregoing Certification of Counsel with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    H. Patrick Morris - morrisp@jbltd.com
    David Fanning - fanningd@jbltd.com
    Barry M. Landy - bmlandy@rkmc.com
    Christopher W. Madel - cwmadel@rkmc.com


By:   s/ Timothy J. Cassidy
    Timothy J. Cassidy
    Cassidy & Mueller
    416 Main Street
    Suite 323
    Peoria, IL  61602
    Telephone:  (309) 676-0591
    Facsimile:  (309) 676-8036
    E-Mail: tcassidy@cassidymueller.com