UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| Oak Leaf Outdoors, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Double Dragon International, Inc., <br><br> Defendant and Counter-Plaintiff, <br><br> v. <br><br> Oak Leaf Outdoors, Inc., Weaver Enterprises, Ltd., and Jerry Weaver et al., <br><br> Counter-Defendants. | No. 1:11-cv-01175-MMM-JAG |

### DDI's Motion for Summary Judgment on Oak Leaf's Trademark and Fraud Claims

DDI moves this Court for an order granting DDI summary judgment on Oak Leaf's trademark and fraud claims, Counts IV, and VIII-X of its Second Amended Complaint. This Motion is based on the attached Memorandum of Law, declarations and exhibits thereto, and all of the files, records, and proceedings herein.

January 9, 2013                    **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

　　　　　　　　　　　　　　　　By:    /s/Michael A. Collyard
　　　　　　　　　　　　　　　　　　　Michael A. Collyard
　　　　　　　　　　　　　　　　　　　MN Reg. No. 302569
　　　　　　　　　　　　　　　　　　　Joshua B. Strom
　　　　　　　　　　　　　　　　　　　MN Reg. No. 391530
　　　　　　　　　　　　　　　　2800 LaSalle Plaza
　　　　　　　　　　　　　　　　800 LaSalle Avenue
　　　　　　　　　　　　　　　　Minneapolis, MN 55402-2015
　　　　　　　　　　　　　　　　Telephone: 612-349-8500
　　　　　　　　　　　　　　　　Facsimile: 612-339-4181
　　　　　　　　　　　　　　　　*Attorneys for DDI*

Oak Leaf Outdoors, Inc. v. Double Dragon International, Inc.
Court File No.: 1:11-cv-01175-MMM-JAG

**Certificate of Service**

I hereby certify that on the 9th day of January, 2013, I electronically filed **DDI's Motion for Summary Judgment on Oak Leaf's Trademark and Fraud Claims** with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Timothy J. Cassidy | tcassidy@cassidymueller.com |
| David G. Lubben | dglubben@dcamplaw.com |
| Janet L. Ramsey | jramsey@wnj.com |
| James Moskal | jmoskal@wnj.com |
| Michael Azzi | mazzi@wnj.com |

January 9, 2013            **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:   /s/ Michael A. Collyard
   Michael A. Collyard
   MN Reg. No. 302569
   Joshua B. Strom
   MN Reg. No. 391530
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone: 612-349-8500
Facsimile: 612-339-4181

*Attorneys for DDI*

83614539.1